IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Karen Beauchamp, | ) |
| | ) Case No. 11 C 50121 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| City of Dixon, Illinois, et al., | ) |
| | ) Judge Philip G. Reinhard |
| Defendants. | ) |
| | ) |

## ORDER

       On 3/7/14, Magistrate Judge Iain D. Johnston entered a report and recommendation [81] that denied plaintiff's motion for an extension of time [70] and denied defendants' motion *in limine* to exclude plaintiff's opinion testimony at trial, but imposed certain conditions on plaintiff if she sought to offer such opinion testimony. No timely objections were filed and a status hearing on 3/31/14 both parties indicated that they did not object to the report and recommendation. The court has reviewed the record and accepts the report and recommendation. Trial is set for 7/14/14 at 9:00 AM. Final pre-trial conference will be held on 7/11/14 at 9:30 AM. Motion hearing on all outstanding motions in limine will be held on 6/27/14 at 9:30 AM.

Date: 3/31/2014                                                             ENTER:

                                                                                                                               United States District Court Judge

                                                                                                                              Notices Mailed by Judicial Staff. (LC)